

NUMBER 13-19-00628-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI–EDINBURG

---

## IN RE FRAUDULENT HOSPITAL LIEN LITIGATION

---

On appeal from MDL No. 15-0360-H in the 444th District Court
of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Hinojosa**

MedData d/b/a Alegis Revenue Group, L.L.C. (MedData) filed this notice of appeal from MDL No. 15-0360-H, *In re Fraudulent Hospital Lien Litigation*, pending in the 444th District Court of Cameron County, Texas.[1] MedData alleged that the judge of the MDL pretrial court had not ruled on MedData's motion to dismiss filed pursuant to the Texas

---

[1] This case originated in trial court cause number C-2450-19-F in the 332nd District Court of Hidalgo County, Texas, which was transferred to MDL No. 15-0360-H in the 444th District Court of Cameron County, Texas, for consolidated pretrial proceedings.

Citizens Participation Act (TCPA) within the statutory deadline, and accordingly, its motion to dismiss was "considered to have been denied by operation of law." *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 27.005(a), 27.008(a). This appeal ensued.

On January 9, 2020, MedData filed a "Motion to Dismiss Appeal as Premature." Without "abandoning its position that each case in an MDL proceeding is distinct," MedData asserted that its attempted interlocutory appeal should be dismissed on grounds that the underlying MDL proceedings are stayed, and thus its notice of appeal was premature. MedData's motion to dismiss is opposed by appellees, Elva Acevedo, et al.,[2] however, more than ten days have passed since the motion to dismiss was filed and appellees have not filed a response or other pleading in opposition to MedData's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.1(b), 10.3(a).

The Court, having examined and fully considered the motion to dismiss and the applicable law, is of the opinion that the appeal should be dismissed for the reasons expressed in our opinion in *In re Fraudulent Hospital Lien Litigation*, No. 13-19-00627-CV, 2020 WL _____ (Tex. App.—Corpus Christi–Edinburg Mar. 5, 2020, no pet. h.) (mem. op.), *available at* http://www.search.txcourts.gov/case.aspx?cn=13-19-00627-CV.

---

[2] The appellees include: Elva Acevedo, Arnold Alegria, Jesus Almaraz, Noe Anzaldua, Raul Balboa, Jeramey Cabrera, Elizabeth Casas, Cres Castillo, Juan Chapa, Alberto Delacruz, Nora Delacruz, Maria Diaz, Amanda Elizondo, Jesus Elizondo Jr., Laura Flores, Sonya Flores, Adriana Garcia, Angelica Garcia, Rosendo Garcia Jr., Patricia Garcia Cantu, Wilfredo Garza, Yolanda Gomez, Gumercindo Gonzalez, Homero Gonzalez, Idalia Gonzalez, Myrna Guerra, Angela Guerrero, Eutimo Gutierrez, Herminia Guzman, Eduvijes Hernandez, Manuela Jimenez, Beatriz Lopez, Omar Luna, Ashley Martinez, Jeniffer Martinez, Lorraine Mejia, David Mendoza, Belinda Morin, Jose Ortiz, Rogelio Palacios, Alyssa Patlan, Jessica Rios, Isela Flores Salazar, Victoria Salazar, Glafira Salto, Juan Torres, Maria Torres, Carmen Tovar, Mary Vasquez, and Maria Zuniga.

2

Accordingly, we grant MedData's motion to dismiss and we dismiss this appeal for lack of jurisdiction. Pending motions, if any, are dismissed as moot.

LETICIA HINOJOSA
Justice

Delivered and filed the
5th day of March, 2020.